STATE OF NEW JERSEY v. SAMUEL LEE MC COMBS.

December 7, 1978. Petition for certification granted.

STATE OF NEW JERSEY v. DAVID ANDREWS.

December 7, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH WHITE.

December 7, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. CARL O. WILLIAMS.

December 7, 1978. Petition for certification denied.

ROBERT KROG v.
MAYOR AND COUNCIL OF THE TOWNSHIP OF EDISON.

December 7, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. BARBARA ANN QUACKENBUSH.

December 7, 1978. Petition for certification denied.